5,483-21

Court OF Criminal Appeals
OF Texas

WR-5,483-21

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 21 2015

Abel Acosta, Clerk

IN The 183rd Judicial District
Court of Harris County, Texas
Cause No. 1328 427 C

RE: The Clerk's - Supplemental records
And The Courts Order.

Dear Clerk I received A Notice stating that the Harris County Clerk — Chris Daniel had sent you all some Supplemental records.

Noted: Sir if you would Could you send me A Copy of The Clerk's Supplemental records and A Copy of the Court Order to the Clerk. I do not know What is going on. They have not send me Anything

P.S. I Also thank you all For your time and Help with matter.

Sincerely
Marvin James Bradley, A.E.A.M.
#1837324 18-R-32
Allen B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

August 13, 2015